Dear Judge William M. Conley,

I wanted to take a little time to write you this letter. My name is Kyle Riggs. I've been in dane county jail for the last 8 month waiting to be sentenced.

I would like to start by saying that I am truly sorry for the things I have done. I'm not saying this because I got caught. I'm sorry for my actions and everything I put the victim and her family thru. Because of my actions the victims life has changed. Because of what I've done she will most likely never trust another man or men in her life. It should have never happened. Same with my actions over the internet. None of it should have happened. It was all a terrible mistake. At the time I was drinking a lot of Alcohol daily. I know that is no excuse for the things I have done. A lot of it I don't remember do to drinking. What I remember at the time, I made myself think it was OK do to drinking and being under the influence.

I know you probably hear this all the time, but while I'm incarcerated I will be getting the professional help I need. Plus counselling and whatever else will help me become a functioning part of society again.

I can honestly say I have been thinking clearly for the last 8 months now. I know I have to go to prison to pay for the things I've done and honestly it scares the life out of me. Just being in county jail scares the life out of me.

After my incarceration and getting the professional help I need, if possible I would like to buy some land in the desert like Arizona or New Mexico and live off the land and be alone and away from people. I'm not much of a people person.

Besides that After I'm released I can guarantee nothing like this will happen again. I won't ever get into any kind of trouble. I can promise you that you will never see or hear of me in another courtroom, jail, or prison again. You have my word.

I don't need a phone or internet or people around me. I'll do what ever I have to to live peacefully and alone on parole and live my life free of trouble. Thank you for reading my letter and your time.

                                              Sincerely,
                                              Kyle Riggs.